```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 11899
   TERRY J MOFREH
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-9366


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/03/2007 and was not confirmed.

     The case was dismissed without confirmation 10/17/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
CITY OF CHICAGO PARKING   UNSEC W/INTER  NOT FILED            .00           .00
ST FRANCIS HOSPITAL       UNSEC W/INTER  NOT FILED            .00           .00
US BANK                   UNSEC W/INTER  NOT FILED            .00           .00
VANESSA DIAZ              NOTICE ONLY    NOT FILED            .00           .00
ILLINOIS DEPT OF REVENUE  UNSEC W/INTER     4907.00           .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY        175724.07           .00           .00
B-REAL LLC                UNSEC W/INTER      419.71           .00           .00
TIMOTHY K LIOU            DEBTOR ATTY      1,509.20                         .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00


       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                        ---------------    ---------------
TOTALS                        .00                 .00




             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 11899 TERRY J MOFREH
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
     Dated: 01/25/08                  _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
          CASE NO. 07 B 11899 TERRY J MOFREH
```